# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

# SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

# SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-5062
Owner: Martin Garza, *et al.*
Acres: 0.652

**Being** a 0.652 of one acre (28,421 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 8.070 acre tract designated as Share 5-A in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Refugio G. Vda de Alvarez (Undivided Interest) by Warranty Deed recorded in Volume 118, Page 525, Deed Records of Starr County, Texas, and being out of a called 46.3293 acre tract conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-5062 5063", said point being at the northeast corner of Share 5-A and the northwest corner of a called 8.889 acre tract designated as Share 6 in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Deonicia Alvarez Garza (Undivided Interest) by Warranty Deed recorded in Volume 372, Page 381, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas, said point being in the north line of the 46.3293 acre tract, a southwesterly line of Share 9, and the southwest line of a called 13.221 acre tract conveyed to L&R Precast Concrete Works, Inc. by Special Warranty Deed recorded in Volume 1393, Page 157, Official Records of Starr County, Texas (Tract I), said point having the coordinates of N=16664730.229, E=849991.897, said point bears S 75°26'31" E, a distance of 3695.74' from United States Army Corps of Engineers Control Point No. 210;

**Thence:** S 09°03'30" W (S 08°07'00" W, Record), departing the southwesterly line of Share 9 and the southwest line of the 13.221 acre tract, with the east line of Share 5-A and the west line of Share 6, for a distance of 106.65' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5062-1=5063-1" for the **Point of Beginning** and northeast corner of Tract RGV-RGC-5062, said point being in the east line of Share 5-A and the west line of Share 6, said point having the coordinates of N=16664624.912, E=849975.107;

**Thence:** S 09°03'30" W (S 08°07'00" W, Record), continuing with the east line of Share 5-A and the west line of Share 6, for a distance of 235.34' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5062-2=5063-4" for the southeast corner of Tract RGV-RGC-5062, said point being in the east line of Share 5-A and the west line of Share 6;

## SCHEDULE C (Cont.)

**Thence:** N 49°08'11" W, departing the west line of Share 6, over and across Share 5-A, for a distance of 142.10' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-3=5062-3" for the southwest corner of Tract RGV-RGC-5062, said point being in the west line of Share 5-A and the east line of a called 20.002 acre tract designated as Share 4-A in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas;

**Thence:** N 09°03'30" E (N 08°07'00" E, Record), with the west line of Share 5-A and the east line of Share 4-A, for a distance of 235.34' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-2=5062-4" for the northwest corner of Tract RGV-RGC-5062, said point being in the west line of Share 5-A and the east line of Share 4-A;

**Thence:** S 49°08'11" E, departing the east line of Share 4-A, over and across Share 5-A, for a distance of 142.10' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC–BEARING | REC–DISTANCE |
|---|---|---|---|---|
| L1 | S 75°26'31" E | 3695.74' | N/A | N/A |
| L2 | S 09°03'30" W | 106.65' | S 08°07'00" W | N/A |
| L3 | S 09°03'30" W | 235.34' | S 08°07'00" W | N/A |
| L4 | N 49°08'11" W | 142.10' | N/A | N/A |
| L5 | N 09°03'30" E | 235.34' | N 08°07'00" E | N/A |
| L6 | S 49°08'11" E | 142.10' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16664624.912 | 849975.107 | RGV–RGC–5062–1=5063–1 |
| 2 | 16664392.510 | 849938.055 | RGV–RGC–5062–2=5063–4 |
| 3 | 16664485.484 | 849830.585 | RGV–RGC–5061–3=5062–3 |
| 4 | 16664717.885 | 849867.637 | RGV–RGC–5061–2=5062–4 |
| 5 | 16664730.229 | 849991.897 | POC RGV–RGC–5062 5063 |

LEGEND
5/8" REBAR W/ "MDS" CAP SET
FOUND MONUMENT
CONTROL POINT
DRSC DEED RECORDS OF STARR COUNTY
IPF IRON PIPE FOUND
IRF IRON ROD FOUND
ORSC OFFICIAL RECORDS OF STARR COUNTY
PG PAGE
POB POINT OF BEGINNING
POC POINT OF COMMENCING
PRSC PLAT RECORDS OF STARR COUNTY
VOL VOLUME
ACQUISITION BOUNDARY
ADJOINING ACQUISITION BOUNDARY
BRUSH/VEGETATION
PROPERTY LINE
WIRE FENCE
SEE SHEET 5

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886–1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).

MDS
LAND SURVEYING COMPANY, INC.
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7290 SIDNEY BAKER . KERRVILLE, TX 78028 . 830-816-1818

Drawing Ref. No. SHEET 4 OF 7

METES & BOUNDS SURVEY
MARTIN GARZA, ET AL
TRACT No. RGV-RGC-5062
STARR COUNTY TEXAS

| Mark | Description | Date | Appr. |
|---|---|---|---|

CONTRACT NO.: W9127G-14-D-0013
T.O.: W45XMA81577987000I

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 19588-T6-86 | |

TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. NO. 10193943

B&F

ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00 FILE NAME: RGV-RGC-5062 DATE: 4/10/2020

## SCHEDULE D (Cont.)

(1a)
CALLED 8.070 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 5–A)

REFUGIO G. VDA DE ALVAREZ
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 118, PG. 525 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

REMAINING AREA: 0.273 ACRE

(1b)
CALLED 8.070 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 5–A)

REFUGIO G. VDA DE ALVAREZ
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 118, PG. 525 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

REMAINING AREA: 7.145 ACRES

(2)
CALLED 8.889 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 6)

DEONICIA ALVAREZ GARZA
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 372, PG. 381 DRSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

(3)
CALLED 20.002 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 4–A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

(4)
CALLED 9.245 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 7–A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

(5)
L&R PRECAST
CONCRETE WORKS, INC.
CALLED 13.221 ACRES
SPECIAL WARRANTY DEED
VOL. 1393, PG. 157 ORSC
(TRACT I)

(6)
ARTURO GARZA, JR.
CALLED 29.200 ACRES
EXECUTOR'S DEED
VOL. 462, PG. 307 DRSC
(FIRST TRACT, SHARE 2–A)

(7)
CAMILO GARZA & RAMON GARZA
CALLED 8.547 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 3)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

RANULFO GARZA
WARRANTY DEED
VOL. 603, PG. 503 ORSC

SAN JUANITA SEPULVEDA
DEED OF GIFT
VOL. 1030, PG. 373 ORSC

(8)
JOSE CANTU, JR.
CALLED 0.42 ACRE
DEED OF GIFT
VOL. 1150, PG. 627 ORSC

(9)
LOT 10
BLOCK 1
EL QUIOTE 2
VOL. 2, PG. 192 PRSC

(10)
LOT 9
BLOCK 1
EL QUIOTE 2
VOL. 2, PG. 192 PRSC

(11)
LOT 8
BLOCK 1
EL QUIOTE 2
VOL. 2, PG. 192 PRSC

(12)
BENITO ALVAREZ, JR., ET AL
CALLED 1.99 ACRES
WARRANTY DEED
VOL. 511, PG. 781 ORSC

(13)
FIDEL SALINAS
CALLED 10.00 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 8–A)

ROSE MARIE G. RODRIGUEZ
PROBATE
CAUSE No. PR–88–23

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7290 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-816-1818

Drawing Ref. No. SHEET 5 OF 7

METES & BOUNDS SURVEY
MARTIN GARZA, ET AL
TRACT No. RGV-RGC-5062
STARR COUNTY TEXAS

| Mark | Description | Date | Appr |
|---|---|---|---|

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA81577S870001

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 19SBB-T6-86 | |

TEXAS LICENSED SURVEYING FIRM B&F ENGINEERING, INC. NO. 10193943

ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00 FILE NAME: RGV-RGC-5062 DATE: 4/10/2020




**SCHEDULE D (Cont.)**



**SCHEDULE D (Cont.)**

Tract: RGV-RGC-5062
Owner: Martin Garza, *et al.*
Acres: 0.652

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-5062
Owner: Martin Garza, *et al.*
Acres: 0.652

  The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

  Reserving to the owners of the property designated as Share 5-A described in Volume 88, Page 470, Deed Records of Starr County reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

  Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWO THOUSAND, ONE HUNDRED DOLLARS AND NO/100 ($2,100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **The Unknown heirs of Martin Garza**<br><br>**The Unknown Heirs of Felipe Garcia**<br><br>**The Unknown Heirs of Refugio G. Vda de Alvarez**<br><br>**Santa Juanita J. Garza**<br>[redacted]<br>McAllen, TX [redacted]<br><br>**Martin Ricardo Garza**<br>[redacted]<br>Brenham, TX [redacted]<br><br>**Marissa Iris G. Lee**<br>[redacted]<br>Ada, MI [redacted]<br><br>**Jaime A. Garza**<br>[redacted]<br>Sugarland, TX [redacted]<br><br>**Aaron A. Garza**<br>[redacted]<br>McAllen, TX [redacted]<br><br>**Marco A. Garza**<br>[redacted]<br>Edinburg, TX [redacted] | RGV-RGC-5062<br>Deed of Gift, Volume 965, Page 344; Recorded June 9, 2003, Deed Records of Starr County<br><br>Affidavit of Heirship, Volume 1204, Page 349; Recorded August 13, 2008, Deed Records of Starr County<br><br>Warranty Deed, Volume 118, Page 525; Recorded March 6, 1941, Deed Records of Starr County |
| **Ameida Salinas**<br>100 N. FM 3167 Suite 201<br>Rio Grande City, TX 78582 | Starr County Tax Assessor Office |